# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Appellee, )<br>)<br>vs. )<br>)<br>THADDAEUS SNOW )<br>AND )<br>WILLIAM SYKES, Appellants ) | No. 14-4379 |

## MOTION TO FILE
## AN OVERSIZED JOINT APPENDIX

COMES NOW the Appellant, by and through counsel, and respectfully moves this Honorable Court for permission to file an oversized joint appendix. Specifically, Appellant respectfully requests that he be allowed to file a joint appendix of 2,025 pages, including covers and Table of Contents. In support of this motion, Appellant states as follows:

1. Undersigned counsel has consulted with all counsel about documents that should be included in the joint appendix.

2. It was necessary to include the entire transcripts of hearings to determine the merits of the issues raised on appeal.

3. After including all documents requested from each counsel, the Joint Appendix exceeds the page limit.

WHEREFORE, for the above stated reasons, Appellant, requests this Honorable Court grant permission to file an oversized joint appendix.

This the 29th day of July, 2014.

/s/
Michael Arif, VSB#20999
Dimitri L. Willlis, VSB#79217
3975 University Drive, #360
Fairfax, Virginia 22030
(703) 323-1200 telephone
(703) 978-1040 facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2014, I filed with the Clerk's Office of the United States Court of Appeals for the Fourth Circuit copies of said Motion and served via ECF to the following:

Alan Yamamoto
643 South Washington Street
Alexandria, Virginia 22314
*Counsel for Appellant Sykes*

Dennis Fitzpatrick
Adam Schwartz
OFFICE OF THE U.S. ATTORNEY
2100 Jamieson Avenue
Alexandria, Virginia  22314
(703) 299-3700
*Counsel for Appellee*

/s/
Michael S. Arif