FILED: August 1, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4379 (L)
(1:13-cr-00350-LMB-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

THADDAEUS SNOW, a/k/a Storm

       Defendant - Appellant

_____

O R D E R

_____

      Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

      The court grants appellant leave to file a joint appendix not to exceed 2,025 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk